John E. Schmidtlein, SBN 163520
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
Email: jschmidtlein@wc.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| STERLING INTERNATIONAL CONSULTING GROUP, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC<br><br>Defendants. | Case No. 20-cv-09321-JCS<br><br>**DEFENDANTS' NOTICE OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Hon. Joseph C. Spero |

1  Pursuant to Local Rule 3-12(b), Defendant Google LLC hereby gives notice that it has filed an Administrative Motion to Consider Whether Cases Should be Related ("Motion to Relate") so as to relate the above-captioned matter to *In re Google Digital Advertising Antitrust Litigation*, 20-cv-03556-BLF, which was has been pending in this District since May 27, 2020.  Pursuant to Local Rule 3-12(b), the Motion to Relate was filed in the lowest-numbered case, *In re Google Digital Advertising Antitrust Litigation*.  Defendants hereby lodge with this Court as Exhibit A hereto a courtesy copy of the Motion to Relate.

DATED:  January 4, 2021                                **WILLIAMS & CONNOLLY LLP**

By: /s/ John E. Schmidtlein
John E. Schmidtlein, SBN 163520
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
Email:  jschmidtlein@wc.com

*Attorney for Defendant Google LLC*

- 1 -

DEFENDANTS' NOTICE OF ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED
20-cv-09321-JCS