1 | John E. Schmidtlein, SBN 163520
2 | WILLIAMS & CONNOLLY LLP
3 | 725 Twelfth Street, N.W.
4 | Washington, DC 20005
  | Telephone: (202) 434-5000
  | Facsimile: (202) 434-5029
  | Email: jschmidtlein@wc.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STERLING INTERNATIONAL CONSULTING GROUP, on behalf of itself and all others similarly situated, | Case No. 20-cv-09321-VC |
| Plaintiff, | **DEFENDANT'S NOTICE OF OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | Hon. Vince Chhabria |

1  **NOTICE**

2  Pursuant to Local Rule 3-12(b), Defendant Google LLC hereby gives notice of the filing of

3  its Response in Opposition to the Plaintiff's Administrative Motion to Relate the above-captioned

4  matter to *Sweepstakes Today, LLC v. Google LLC, et al.*, No. 20-cv-08984-HSG.  The Opposition is

5  attached hereto as Exhibit A.

7  DATED:  January 11, 2021                **WILLIAMS & CONNOLLY LLP**

8  By: /s/ John E. Schmidtlein
John E. Schmidtlein, SBN 163520
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029
Email:  jschmidtlein@wc.com

*Attorney for Defendant*

- 1 -

DEFENDANT'S NOTICE OF OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION TO RELATE
20-cv-09321-VC